1

2

3

4

5

6

7

8              **UNITED STATES DISTRICT COURT**

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  P.F. LAZOR,                              Case No. 1:14-cv-00355-AWI-DLB PC

12              Plaintiff,                   ORDER REQUIRING PLAINTIFF TO PAY
                                            $400.00 FILING FEE IN FULL WITHIN
13      v.                                   THIRTY DAYS OR THIS CASE WILL BE
                                            DISMISSED
14  GIPSON, et al.,

15              Defendants.

16

17      Plaintiff P.F. Lazor ("Plaintiff") is a California state prisoner proceeding pro se in this civil

18  action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on February 7, 2014.  The action was

19  transferred to this Court on March 11, 2014.  Plaintiff has not filed an application to proceed in

20  forma pauperis or paid the filing fee.

21  **A.    THREE-STRIKES PROVISION OF 28 U.S.C. § 1915**

22      28 U.S.C. § 1915 governs proceedings in forma pauperis.  Section 1915(g) provides that "[i]n

23  no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more

24  prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court

25  of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state

26  a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious

27  physical injury."  28 U.S.C. § 1915(g).

28

1

**B.     DISCUSSION**

A review of the actions filed by Plaintiff reveals that he is subject to 28 U.S.C. § 1915(g) and is precluded from proceeding in forma pauperis unless he was, at the time the Complaint was filed, under imminent danger of serious physical injury.[1]

The Court has reviewed Plaintiff's Complaint and finds that he does not meet the imminent danger exception.  See Andrews v. Cervantes, 493 F.3d 1047, 1053 (9th Cir. 2007).  Plaintiff's Complaint arises from an alleged refusal to make copies of legal documents.  Plaintiff contends that copies are needed "as documentation to build a case file. . ." Compl. 3.  He states that his inability to make copies has sabotaged over 20 of his court cases and caused "great psychological distress and anguish, leading to physical issues."  Compl. 3

The allegations in Plaintiff's Complaint do not support a finding that he was under imminent danger at the time he filed the Complaint.  Based on the foregoing, the Court finds that Plaintiff fails to allege the imminent danger of serious physical injury necessary to bypass § 1915(g)'s restriction on filing suit without prepayment of the filing fee.

Accordingly, Plaintiff may not proceed in forma pauperis in this action, and must submit the appropriate filing fee in order to proceed with this action.  Plaintiff shall be required to pay the $400.00 filing fee in full within thirty days.

**C.     CONCLUSION**

Based on the foregoing, it is HEREBY ORDERED that:

1.      Plaintiff is not entitled to proceed in forma pauperis in this action; and

2.      Plaintiff is required to pay the $400.00 filing fee for this action in full within thirty days of the date of service of this order; and

---

[1]  The Court takes judicial notice of case number 1:97-cv-06007-REC-DLB PC Lazor v. McCluskey, in which Plaintiff was found to be subject to 1915(g) and in which Defendants' motion to dismiss on that ground was granted on March 28, 2003.  In that case, the Court counted eleven district court cases and eight appellate court cases as qualifying strikes.  Three such qualifying dismissals were 2:94-cv-00421-LKK-GGH PC, Lazor v. Jakobosky, 2:94-cv-00476-LKK-JFM PC Lazor v. White, and 2:94-cv-00629-GEB-GGH PC Lazor v. Church.

1    3.    Plaintiff's failure to pay the filing fee pursuant to this order shall result in the

2          dismissal of this case.

3

IT IS SO ORDERED.

4

5    Dated:   March 17, 2014          _____
                                       SENIOR   DISTRICT   JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28