1
2
3
4
5
6
7
8          **UNITED STATES DISTRICT COURT**
9              EASTERN DISTRICT OF CALIFORNIA
10
11   P.F. LAZOR,                          Case No. 1:14-cv-00355-AWI-DLB PC
12              Plaintiff,                ORDER DIRECTING CLERK OF THE
                                          COURT TO CLOSE THIS CASE PURSUANT
13        v.                              TO PLAINTIFF'S NOTICE
                                          OF VOLUNTARY DISMISSAL
14   GIPSON, et al.,
                                          (Document 7)
15              Defendants.
16
17        Plaintiff P.F. Lazor ("Plaintiff") is a California state prisoner proceeding pro se in this civil
18   action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on February 7, 2014.  The action was
19   transferred to this Court on March 11, 2014.
20        On March 24, 2014, Plaintiff filed a motion requesting that this civil action be "withdrawn."
21   The Court construes this as a request for voluntary dismissal pursuant to Federal Rule of Civil
22   Procedure 41(a)(1)(i).
23        At this stage in the proceedings, Plaintiff has the absolute right to dismiss his claims, without
24   prejudice.  Duke Energy Trading and Marketing, L.L.C. v. Davis, 267 F.3d 1042, 1049 (9th Cir.
25   2001).  The filing of the notice itself has the effect of closing the action, and the Court no longer has
26   jurisdiction over the claims.  Id.
27
28

                                          1

1         Accordingly, the Clerk of the Court is HEREBY DIRECTED to close this file pursuant to

2    Plaintiff's notice of voluntary dismissal filed on March 24, 2014.

3

4    IT IS SO ORDERED.

5    Dated:  __March 27, 2014__                    _____

6                                         SENIOR  DISTRICT  JUDGE