# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| P.F. LAZOR,<br><br>              Plaintiff,<br><br>       v.<br><br>GIPSON, et al.,<br><br>              Defendants. | Case No. 1:14-cv-00355-AWI-DLB PC<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR RETURN OF DOCUMENTS (Document 11)<br><br>ORDER REQUIRING CLERK OF COURT TO SEND PLAINTIFF COPY OF COMPLAINT |

Plaintiff P.F. Lazor ("Plaintiff") is a California state prisoner proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on February 7, 2014. The action was transferred to this Court on March 11, 2014. Pursuant to Plaintiff's request for voluntary dismissal, the Court dismissed the action on March 27, 2014.

On April 9, 2014, Plaintiff filed a document in which he requests that the Court return the documents filed with his complaint. As he did in his notice of voluntary dismissal, Plaintiff states that he did not intend to file this action. He alleges that prison staff took his documents and sent them to the Court. He states that his claim was not yet ripe.

1

1 | The Court GRANTS Plaintiff's request.  However, as this action was transferred from the Northern District of California, the Northern District retained his original documents.  Accordingly, the Clerk of Court is ordered to send Plaintiff a copy of his complaint (Document 1).

IT IS SO ORDERED.

Dated:  **April 18, 2014**                         /s/ *Dennis L. Beck*
                                           UNITED STATES MAGISTRATE JUDGE